IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED BIN JAIED BIN ALADI AL MOHAMMED AL SUBAIE,** Detainee, Guantánamo Bay Naval Station, Guantánamo Bay, Cuba; **JAIED BIN HADI AL MOHAMMED AL SUBAIE,** *as next friend of* Mohammed Bin Jaied Bin Aladi Al Mohammed Al Subaie; **BIJAD DEFALLA OTEIBI,** Detainee, Guantánamo Bay Naval Station, Guantánamo Bay, Cuba; **SULTAN DEFALLA OTEIBI** *as next friend of* Bijad Defalla Oteibi; **ALGHAMDI ABDULRAHMAN OTHMAN A,** Detainee, Guantánamo Bay Naval Station, Guantánamo Bay, Cuba; **ALGHAMDI AHMED OTHMAN A,** *as next friend of* Alghamdi Abdulrahman Othman A,<br><br>*Petitioners/Plaintiffs,*<br><br>v.<br><br>**GEORGE W. BUSH,** as President of the United States, The White House, 1600 Pennsylvania Ave., N.W., Washington, D.C. 20500; **DONALD RUMSFELD,** as Secretary, United States, Department of Defense, 1000 Defense Pentagon, Washington, D.C. 20301-1000; **ARMY BRIG. GEN. JAY HOOD,** as Commander, Joint Task Force – GTMO, JTF-GTMO, APO AE 09360; and **ARMY COL. MIKE BUMGARNER,** as Commander, Joint Detention Operations Group - JTF-GTMO, JTF-GTMO, APO AE 09360,<br><br>*Respondents/Defendants.* | **ORDER**<br><br>Civil Action No. 2216-05<br>(RCL) |

The Court, having considered Petitioners' Motion for an Order Requiring Respondents to Provide Counsel for Petitioners and the Court with 30-Days' Advance Notice of Any Intended Removal of Petitioners from Guantánamo Bay Naval Base,

IT IS HEREBY ORDERED that the Motion is granted; and

IT IS FURTHER ORDERED that Respondents shall not remove Petitioners from Guantánamo Bay Naval Base to a foreign territory without providing counsel and the Court 30-days' advance notice.

Dated: _____

 

_____
United States District Judge

NY\ 5049822.3