SCHIFF HARDIN LLP
623 Fifth Avenue
New York, New York 10022
Tel: (212) 753-5000
Fax: (212) 753-5044
   *and*
6600 Sears Tower
Chicago, IL 60606
Tel: (312) 258-5500
Fax: (312) 258-5600

*Of Counsel*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED BIN JAIED ALADI AL MOHAMMED AL SUBAIE, *et al.*, *Petitioners*, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, *Respondents*. | Civil Action No. 2216-05 (RCL) <br><br> CERTIFICATE OF SERVICE |

I hereby certify that a true and correct copy of the Petition for Writ of Habeas Corpus in this matter has been served by Certified Mail, Return Receipt Requested, to the following persons:

**RECEIVED**

NOV 1 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kenneth L. Wainstein
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, NW
Washington, D.C. 20530

George W. Bush
President, United States of America
The White House
1600 Pennsylvania Avenue, NW
Washington, D.C. 20301-1000

Army Brig. Gen. J. Hood
Commander, Joint Task Force-GTMO
JTF-GTMO
APO AE 09360

Army Col. Bumgarner
Commander, JDOG
JTF-GTMO
APO AE 09360

Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., NW
Room 5111
Washington, D.C. 20530

Donald Rumsfeld
Secretary, U.S. Dep't. of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000

Brig. Gen. Hood
United States Army
Army Pentagon
Washington, D.C. 20310-0200

Army Col. Bumgarner
United States Army
Army - Pentagon
Washington, D.C. 20310-0200

On this the 17th day of November, 2005.

_____
Beth D. Jacob

CH2\ 1328820.1