IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED BIN JAIED ALADI AL MOHAMMED AL SUBAIE, *et al.*,<br>   *Petitioners*,<br><br>   v.<br><br>GEORGE W. BUSH, *et al.*,<br>   *Respondents*. | Civil Action No. 2216-05 (RCL) |

## CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

The undersigned counsel for Petitioners certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioners without compensation.

Dated:    November 18, 2005

_____
Seth Lamden
SCHIFF HARDIN LLP
623 Fifth Avenue
New York, New York 10022
Tel: (212) 753-5000
Fax: (212) 753-5044
    *and*
6600 Sears Tower
Chicago, IL 60606
Tel: (312) 258-5500
Fax: (312) 258-5600

CH2\ 1329923.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served by Certified Mail, Return Receipt Requested, to the following persons:

**Robert J. Katerberg**
ATTORNEY
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C. 20530

On this the 5th day of December, 2005.

_____
Louis P. Bonilla

NY\ 5049820.2

CH2\ 1336414.1