IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED BIN JAIED ALADI AL MOHAMMED AL SUBAIE, *et al.*,<br>*Petitioners*<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>*Respondents.* | Civil Action No. 2216-05 (RCL)<br><br>[ORAL ARGUMENT REQUESTED] |

## MOTION FOR AN ORDER REQUIRING RESPONDENTS TO PRODUCE PETITIONERS' FACTUAL RETURNS

For the reasons set forth in their supporting Memorandum of Points and Authorities, Petitioners Mohammed Bin Jaied Bin Aladi Al Mohammed Al Subaie, Bijad Defalla Oteibi, and Alghamdi Adbulrahman Othman A (hereinafter referred to collectively as "Petitioners"), together with their respective Next Friends as co-Petitioners, by and through undersigned counsel, respectfully request that this Court enter an order requiring Respondents to produce Petitioners' factual returns within forty-five (45) days.

Pursuant to Local Civil Rule 7(m), the undersigned conferred with Respondents' counsel regarding the relief sought in this Motion, and Respondents' counsel opposes the motion.

Petitioners respectfully request oral argument.

A proposed Order is attached hereto.

Dated: January 6, 2006

                                                Respectfully submitted,

                                                Counsel for Petitioners:

_____
Charles H.R. Peters
Beth D. Jacob
Antony S. Burt
David H. Anderson
Michael W. Drumke
Donald A. Klein
Brian J. Neff
Seth D. Lamden
Ismail Alsheik

SCHIFF HARDIN LLP
623 Fifth Avenue
New York, New York 10022
Tel: (212) 753-5000
Fax: (212) 753-5044
      *and*
6600 Sears Tower
Chicago, IL 60606
Tel: (312) 258-5500
Fax: (312) 258-5600

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
  Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served by Certified Mail, Return Receipt Requested, to the following persons:

**Robert J. Katerberg**
ATTORNEY
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C. 20530

On this the 6th day of January, 2006.

_____
Louis P. Bonilla

NY\ 5049820.2

CH2\ 1336414.1