IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED BIN JAIED BIN ALADI AL MOHAMMED AL SUBAIE, Detainee, Guantanamo Bay Naval Station, Guantanamo Bay, Cuba; **JAIED BIN HADI AL MOHAMMED AL SUBAIE**, *as next friend of* Mohammed Bin Jaied Bin Aladi Al Mohammed Al Subaie; **BIJAD DEFALLA OTEIBI**, Detainee, Guantanamo Bay Naval Station, Guantanamo Bay, Cuba; **SULTAN DEFALLA OTEIBI** *as next friend of* Bijad Defalla Oteibi; **ALGHAMDI ABDULRAHMAN OTHMAN A**, Detainee, Guantanamo Bay Naval Station, Guantanamo Bay, Cuba; **ALGHAMDI AHMED OTHMAN A**, *as next friend of* Alghamdi Abdulrahman Othman A, <br><br>*Petitioners,* <br><br> v. <br><br> **GEORGE W. BUSH**, as President of the United States, The White House, 1600 Pennsylvania Ave., N.W., Washington, D.C. 20500; **DONALD RUMSFELD**, as Secretary, United States, Department of Defense, 1000 Defense Pentagon, Washington, D.C. 20301-1000; **ARMY BRIG. GEN. JAY HOOD**, as Commander, Joint Task Force – GTMO, JTF-GTMO, APO AE 09360; and **ARMY COL. MIKE BUMGARNER**, as Commander, Joint Detention Operations Group - JTF-GTMO, JTF-GTMO, APO AE 09360, <br><br>*Respondents.* | Civil Action No. 2216-05 (RCL) <br><br> [ORAL ARGUMENT REQUESTED] |

**MOTION FOR AN ORDER REQUIRING RESPONDENTS TO PRESERVE AND MAINTAIN ALL MATERIALS, DOCUMENTS, AND INFORMATION REGARDNG OR RELATED TO PETITIONERS**

For the reasons set forth in their supporting Memorandum of Points and Authorities, Petitioners Mohammed Bin Jaied Bin Aladi Al Mohammed Al Subaie, Bijad Defalla Oteibi, and Alghamdi Adbulrahman Othman A (hereinafter referred to collectively as "Petitioners"), together with their respective Next Friends as co-Petitioners, by and through undersigned

counsel, respectfully request that this Court enter an order requiring Respondents to preserve and maintain all materials, documents, and information regarding or related to Petitioners, including, but not limited to, documents regarding or related to:

(i) Petitioners apprehension;
(ii) Petitioners' detention;
(iii) Petitioners' statements or statements of others related to Petitioners;
(iv) Interrogations of Petitioners;
(v) Petitioners' medical and psychological health and any treatment received; and
(vi) Petitioners' proceedings before the Combatant Status Review Tribunal or Annual Review Board and preparation for such proceedings.

Petitioners' requested relief will not unduly burden Respondents.

Pursuant to Local Civil Rule 7(m), the undersigned conferred with Respondents' counsel regarding the relief sought in this Motion, and Respondents' counsel apposes the motion.

Petitioners respectfully request oral argument.

A proposed Order is attached hereto.

Dated: January 6, 2006

                                            Respectfully submitted,
                                            Counsel for Petitioners

_____
Charles H.R. Peters
Beth D. Jacob
Antony S. Burt
David H. Anderson
Michael W. Drumke
Donald A. Klein
Brian J. Neff
Seth D. Lamden
Ismail Alsheik

SCHIFF HARDIN LLP
623 Fifth Avenue
New York, New York 10022
Tel: (212) 753-5000
Fax: (212) 753-5044
    *and*
6600 Sears Tower
Chicago, IL 60606
Tel: (312) 258-5500
Fax: (312) 258-5600

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
   Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served by Certified Mail, Return Receipt Requested, to the following persons:

**Robert J. Katerberg**
ATTORNEY
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C. 20530

On this the 6th day of January, 2006.

_____
Louis P. Bonilla

NY\ 5049820.2

CH2\ 1336414.1