IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED BIN JAIED BIN ALADI AL MOHAMMED AL SUBAIE,** Detainee, Guantánamo Bay Naval Station, Guantánamo Bay, Cuba; **JAIED BIN HADI AL MOHAMMED AL SUBAIE,** *as next friend of* Mohammed Bin Jaied Bin Aladi Al Mohammed Al Subaie; **BIJAD DEFALLA OTEIBI,** Detainee, Guantánamo Bay Naval Station, Guantánamo Bay, Cuba; **SULTAN DEFALLA OTEIBI** *as next friend of* Bijad Defalla Oteibi; **ALGHAMDI ABDULRAHMAN OTHMAN A,** Detainee, Guantánamo Bay Naval Station, Guantánamo Bay, Cuba; **ALGHAMDI AHMED OTHMAN A,** *as next friend of* Alghamdi Abdulrahman Othman A, | |
| *Petitioners/Plaintiffs,* | Civil Action No. 05-2216 (RCL) |
| v. | |
| **GEORGE W. BUSH,** as President of the United States, The White House, 1600 Pennsylvania Ave., N.W., Washington, D.C. 20500; **DONALD RUMSFELD,** as Secretary, United States, Department of Defense, 1000 Defense Pentagon, Washington, D.C. 20301-1000; **ARMY BRIG. GEN. JAY HOOD,** as Commander, Joint Task Force – GTMO, JTF-GTMO, APO AE 09360; and **ARMY COL. MIKE BUMGARNER,** as Commander, Joint Detention Operations Group - JTF-GTMO, JTF-GTMO, APO AE 09360, | |
| *Respondents/Defendants.* | |

**NOTICE IN RESPONSE TO ORDER FILED AUGUST 8, 2006**

Petitioners, by their undersigned attorneys, submit this Notice in response to the August 8, 2006, Order of the Honorable Gladys Kessler, U.S.D.J.

1

## RESPONSE

A request for entry of the standard Protective Order for the Guantanamo *habeas* cases (hereinafter "the Protective Order") has been pending in this matter since December 2005. To date, the Protective Order has not been entered. As a result, counsel for Petitioners have been unable to visit or exchange written privileged communications with the Petitioners.[1]

In our response to Respondents' Motion for Procedures, we argued that Respondents should not be permitted to file a motion in this case while simultaneously denying counsel any ability to consult with their clients. Thus, we requested that the motion be denied as premature or stayed until a reasonable time after entry of the Protective Order. That remains our position.

To the extent the Court's August 8, 2006, Order is premised on the view that the absence of any communication between counsel and a petitioner negates the possibility that privileged materials were seized by the government, we respectfully disagree. It is entirely possible, for example, that our clients learned or assumed that a *habeas* petition had been filed on their behalf, and drafted letters to counsel setting forth facts or other statements pertinent to this case. Such letters clearly would be privileged, and the government cannot extinguish the privilege simply by preventing the detainee from mailing the letter or by preventing counsel from meeting with a petitioner. *Cf. Watson v. Cain,* 846 F. Supp. 621 (N.D. Ill. 1993) ("The fact that Watson had not actually retained any of the attorneys with whom he attempted to communicate does not mean that prison officials were free to open and inspect clearly marked confidential communications between Watson and his potential legal representatives."). Thus, Respondents' review of materials seized from petitioners may violate the attorney-client privilege.

---

[1] On or about May 18, 2006, Petitioners Mohammed Bin Jaied Bin Aladi Al Mohammed Al Subaie and Alghamdi Ahmed Othman A were transferred to the custody of authorities in Saudi Arabia.

## CONCLUSION

Based upon the foregoing, Petitioners respectfully request that the Court deny, as premature, Respondents' Motion for Procedures Related to Review of Certain Detainee Materials or, alternatively, stay disposition of such motion, as it pertains to Petitioners, until a reasonable time after the Protective Order is entered in Petitioners' cases.

Dated: New York, New York
August 15, 2006

Respectfully submitted,

Counsel for Petitioners:

_____
Charles H.R. Peters
Beth D. Jacob
Antony S. Burt
Michael W. Drumke
Donald A. Klein
Brian J. Neff

SCHIFF HARDIN LLP
623 Fifth Avenue
New York, New York 10022
Tel: (212) 753-5000
Fax: (212) 753-5044
    *and*
6600 Sears Tower
Chicago, IL 60606
Tel: (312) 258-5500
Fax: (312) 258-5600


*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Gitanjali S. Gutierrez (GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499