IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED BIN JAIED BIN ALADI AL MOHAMMED AL SUBAIE,** Detainee, Guantánamo Bay Naval Station, Guantánamo Bay, Cuba; **JAIED BIN HADI AL MOHAMMED AL SUBAIE,** *as next friend of* Mohammed Bin Jaied Bin Aladi Al Mohammed Al Subaie; **BIJAD DEFALLA OTEIBI,** Detainee, Guantánamo Bay Naval Station, Guantánamo Bay, Cuba; **SULTAN DEFALLA OTEIBI** *as next friend of* Bijad Defalla Oteibi; **ALGHAMDI ABDULRAHMAN OTHMAN A,** Detainee, Guantánamo Bay Naval Station, Guantánamo Bay, Cuba; **ALGHAMDI AHMED OTHMAN A,** *as next friend of* Alghamdi Abdulrahman Othman A, <br><br> *Petitioners/Plaintiffs,* <br><br> v. <br><br> **GEORGE W. BUSH,** as President of the United States, The White House, 1600 Pennsylvania Ave., N.W., Washington, D.C. 20500; **DONALD RUMSFELD,** as Secretary, United States, Department of Defense, 1000 Defense Pentagon, Washington, D.C. 20301-1000; **ARMY BRIG. GEN. JAY HOOD,** as Commander, Joint Task Force – GTMO, JTF-GTMO, APO AE 09360; and **ARMY COL. MIKE BUMGARNER,** as Commander, Joint Detention Operations Group - JTF-GTMO, JTF-GTMO, APO AE 09360, <br><br> *Respondents/Defendants.* | Civil Action No. 05-2216 (RCL) |

## NOTICE OF FILING

To:   Terry Henry, Esq., Senior Trial Attorney
      Andrew I. Warden, Esq., Trial Attorney
      U.S. Department of Justice
      Civil Division, Federal Programs Branch
      20 Massachusetts Ave., NW, Room 7144
      Washington, DC 20530

1

PLEASE TAKE NOTICE that on the 3rd day of May, 2007, we filed with the U.S. Department of Justice Litigation Security Section a copy of Petitioners' Memorandum of Points and Authorities in Opposition to Respondents' Motion to Dismiss.

    Counsel for Petitioners

    SCHIFF HARDIN LLP
    623 Fifth Avenue
    New York, New York 10022
    Tel: (212) 753-5000
    Fax: (212) 753-5044
    *and*
    6600 Sears Tower
    Chicago, Illinois 60606
    Tel: (312) 258-5500
    Fax: (312) 258-5600

    By: _____
        Brian J. Neff

CH2\ 1838917.1